IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-151-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| SHAMEL MALIK DOVE, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Suppress..." (Document No. 25) and "Motion To Divulge Identity Of Confidential Informants" (Document No. 26) filed on May 21, 2024, and regarding scheduling concerns. The pending motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned finds that reply briefs and a hearing may assist the Court's consideration of these motions.

**IT IS, THEREFORE, ORDERED** that Defendant shall file reply briefs (or notice(s) of withdrawal) in support of the pending motions on or before **June 12, 2024**.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear for a Motions Hearing in Courtroom 1A at 10:00 am on **June 27, 2024**.

**SO ORDERED**.

Signed: May 31, 2024

David C. Keesler
United States Magistrate Judge